IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CAROLINE MORE

                Plaintiff,

v.

BISHOP WILLIAM P. CALLAHAN, O.F.M., Bishop
of the Diocese of La Crosse, WI,
ARCHBISHOP JEROME E. LISTECKI, Archbishop
of the Milwaukee Diocese, MONSIGNOR
MICHAEL J. GORMAN, Vicar General, Diocese of
La Crosse, WI, EDWARD JONES, Secretary, St.
Joseph The Workman Cathedral, La Crosse, WI,
and WILLIAM MOORE, Employee, St. Joseph The
Workman Cathedral, La Crosse, WI,

                Defendants.

ORDER

12-cv-905-bbc

---

Plaintiff Caroline more, who is proceeding in this case *pro se* filed this civil action on December 7, 2012. Plaintiff paid the $350 fee for filing this case. On December 10, 2012 plaintiff filed an amended complaint. At the time of filing her amended complaint, clerk's office staff provided plaintiff with the forms and instructions for serving her complaint on the defendants.

Pursuant to Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve the defendants. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving her case to resolution. To date, plaintiff has not filed proof of service of her complaint on the defendants. Indeed, plaintiff has not corresponded with the court about this case since she filed her amended complaint on December 10, 2012.

Plaintiff must report to the court in writing what steps he has taken to serve her complaint on the defendants. Although the outside deadline for serving the complaint does not

occur until April 9, 2013, there is no point in maintaining this action as an open case if plaintiff has abandoned prosecution of it.

ORDER

IT IS ORDERED that plaintiff Caroline More may have until March 5, 2013, in which to advise the court in writing what steps she has taken to serve her complaint on the defendants. If, by March 5, 2013, plaintiff fails to respond to this order, the clerk of court will enter judgment dismissing this action without prejudice for plaintiff's failure to prosecute.

Entered this __13th__ day of February, 2013.

BY THE COURT:

PETER OPPENEER
Magistrate Judge