IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAROLINE MORE,

                                                ORDER

                Plaintiff,

                                               12-cv-905-bbc

      v.

WILLIAM MOORE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone conference was held in this case on March 16, 2015 with pro se plaintiff Caroline More and Keith Belzer, counsel for defendant William Moore, to assess the parties' readiness for trial on April 6, 2015. Plaintiff participated on her own behalf.

      March 16 is the deadline for filing final pretrial submissions. Defendant's submissions have been received; plaintiff has not filed any. Plaintiff did ask for permission to subpoena three witnesses for trial (Paul Brockert, Mary Amundsen and Ray Koch); that request was granted. To take the necessary steps for the subpoenas, plaintiff should consult pages 17-22 of the trial preparation order that was sent to her on March 9, 2015. She should keep in mind that time is of the essence if she wants to have the witnesses present on April 6. Mr. Belzer stated that defendant will be present at trial and agreed to allow plaintiff to call him as an adverse witness.

      Plaintiff has until March 27, 2015 in which to respond to defendant's motion in

1

limine, dkt. #106, to bar plaintiff from introducing evidence of other arrests, convictions or proceedings against defendant that are not related to the allegations of plaintiff's complaint. Plaintiff advised the court that she intends to assert three claims against defendant: assault, battery and intentional infliction of emotional distress. She has not abandoned the possibility of alleging negligent infliction of emotional distress but her comments at the conference indicated that she will concentrate on intentional infliction.

Plaintiff was concerned that her trial exhibits are inaccessible to her while she is in the Dane County jail, but Mr. Belzer agreed to provide his copy of the security camera film in the church where the acts allegedly occurred for plaintiff's use. He will send a copy of a floor plan of the church to plaintiff at the jail. Plaintiff indicated that these are the only two exhibits that she wants to use at trial. (She talked about using the police report of the incident, but it does not appear that anything in that report would be helpful in proving her case.)

The trial will proceed as follows: A final pretrial conference will be held at 8:30 am on Monday, April 6. Jury selection will start at 10:00; the trial day will conclude at 5:30 pm. If the trial has not concluded by then, it will go forward on Tuesday, April 7 at 9:30 and run until 1 pm.

Entered this 16th day of March, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge