IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAROLINE MORE,

                                                              ORDER

                 Plaintiff,

                                                12-cv-905-bbc

    v.

WILLIAM MOORE,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case is proceeding to trial on April 6, 2015. At a telephonic status hearing held on March 16, 2015, I granted plaintiff's request to subpoena the following three witnesses for trial: Paul Brockert, Mary Amundsen and Ray Koch. Dkt. #113 at 1. In that order, I told plaintiff that she must take the necessary steps for obtaining the subpoenas as outlined at pages 17-22 of the trial preparation order that was sent to her on March 9, 2015. <u>Id.</u> Subsequently, plaintiff filed two requests to subpoena eight witnesses for trial, dkt. ##114 and 116, but she failed to include in either submission Mary Amundsen (or Mary Amunsen, as plaintiff now indicates is the correct name). On March 30, 2015, plaintiff filed a letter complaining that she received only two subpoenas for witnesses Brockert and Koch and requested that the clerk's office issue a subpoena for Mary Amunsen's appearance at trial. Dkt. #128. In addition, plaintiff asked for a telephonic status conference with the court.

1

Because plaintiff named Mary Amunsen as a witness in a timely fashion on March 16, I will grant plaintiff's request to issue a subpoena for this witness. However, as outlined in this court's previous orders, plaintiff must act quickly to serve Amunsen, including tendering the necessary fees and costs for securing the witness's appearance at trial.

Plaintiff has not explained why she is requesting a telephone conference, stating only that she is unable to call the clerk's office herself and wants her "lawsuit to proceed." Although I am denying plaintiff's request for a telephone conference at this time, I assure plaintiff that her case is proceeding to trial and that she will have ample opportunity at the final pretrial conference at 8:30 a.m. on April 6, 2015, to address any concerns that she has in advance of jury selection and trial.

ORDER

IT IS ORDERED that

1. Plaintiff Caroline More's request to issue a subpoena for witness Mary Amunsen, dkt. #128, is GRANTED.

2. Plaintiff's request for a telephone status conference is DENIED.

Entered this 31st day of March, 2015.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge