IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLINE MORE,

        Plaintiff,                  JUDGMENT IN A CIVIL CASE

    v.                                       12-cv-905-bbc

BISHOP WILLIAM P. CALLAHAN,
ARCHBISHOP JEROME E. LISTECKI,
MONSIGNOR MICHAEL J. GORMAN,
EDWARD JONES and WILLIAM MOORE,

        Defendants.

    This action came for consideration before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this  8th  day of April, 2015.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_                        4/9/15
Peter Oppeneer, Clerk of Court            Date